UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

**CARLOS NAVAS**,

    Plaintiff,
vs.

**MEDALLION HOTEL CORPORATION**,

    Defendant.
_____/

**DEFENDANT'S NOTICE OF REMOVAL**

As provided by 28 U.S.C. §1441 *et seq.,* Defendant, MEDALLION HOTEL CORPORATION, ("Defendant") hereby files this Notice of Removal of the above-styled action from the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida, where the action is now pending under Case Number CACE-20006113 to the United States District Court for the Southern District of Florida. In connection with this Notice of Removal, Defendant states:

1. The above-styled action was commenced by Plaintiff, CARLOS NAVAS ("Plaintiff"), in the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida, by the filing of a Complaint. *See* Exhibit A.

2. The action, which is of a civil nature, involves a single claim by Plaintiff under the Fair Labor Standards Act, 29 US.C. 201 *et seq.*, ("FLSA"), arising from Plaintiff's employment with Defendant.

3. The Court has federal question jurisdiction over this matter pursuant to 28 U.S.C. §§1331 and 1441(a), since Plaintiff is alleging violations of a federal statute – the

FLSA.

4.   Defendant was served with Plaintiff's Complaint on April 9, 2020. Thus, this Notice of Removal is timely, since 28 U.S.C. 1446(b) grants parties thirty (30) days to remove an action to Federal Court "after receipt . . . of a copy of the initial pleading . . . or within thirty days after the service of summons upon the defendant if such initial pleading has been filed in court and is not required to be served on the defendant, whichever period is shorter." *See* 28 U.S.C. 1446(b).

5.   To date, the only pleading which Defendant has received is the Complaint, a copy of which is attached as Exhibit A.

6.   Given that the above-styled state court action is pending in the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida, this case is removable to the United States District Court for the Southern District of Florida. *See* 28 U.S.C. § 1441(a).

7.   Defendant will give written notice of the filing of this Notice of Removal, as required by 28 U.S.C. §1446(d).

## MEMORANDUM OF LAW

**A.   The United States District Court Has Jurisdiction Over this Matter**

A state court action may be removed to a United States District Court where "the district courts of the United States have original jurisdiction[.]" 28 U.S.C. §1441(a).  In the instant case, original jurisdiction is available under 28 U.S.C. §1331, which provides, "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

This civil action purports to arise under federal law, since Plaintiff alleges that Defendant violated the FLSA. Thus, the Court has jurisdiction over this matter.

**B.     Defendant Has Complied With the Procedure for Removal**

The procedure governing removal of actions first filed in state court is governed by 28 U.S.C. §1446. Section 1446 provides that any defendant desiring to remove a civil action from state court must file a notice of removal, which contains:

> a short plain statement of the grounds for removal, together with a copy of all process, pleadings and orders served upon such defendant in such action.

*See* 28 U.S.C. §1446.  Furthermore, any notice of removal must be filed within thirty (30) days after receipt of the initial pleading.  *See* 28 U.S.C. §1446.

Paragraphs 1 through 7 above set forth the grounds on which removal is sought, specifically citing the federal statutes upon which original jurisdiction is premised (under 28 U.S.C. § 1331) and the factual support for that jurisdiction. Accordingly, Defendant has complied with the terms of 28 U.S.C. §1446 which dictate that a short plain statement of the grounds for removal accompany any notice of removal.  In addition, this notice has annexed to it all process, pleadings and other papers that have been served on Defendant in compliance with 28 U.S.C. §1446.

**C.     Conclusion**

Defendant has complied with the procedural requirements of 28 U.S.C. §1446, the Federal Rules of Civil Procedure, and the Local Rules of the Southern District of Florida which govern removal from state court, and this Court has original jurisdiction over this

matter. Accordingly, Defendant respectfully requests that the United States District Court for the Southern District of Florida take jurisdiction over this action.

WHEREFORE, Defendant, MEDALLION HOTEL CORPORATION, hereby gives notice that the state court action pending in the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida, under Case No. 2019-028736-CA-01, is removed to the United States District Court for the Southern District of Florida.

Respectfully submitted this 8th day of May 2020.

      *s/ Robin Taylor Symons*
Robin Taylor Symons, Esq.
Florida Bar No. 35683
rsymons@grsm.com
Jocelyn Ramos, Esq.
Florida Bar No. 1011087
jramos@grsm.com
**GORDON & REES**
**SCULLY MANSUKHANI**
100 SE Second Street, Suite 3900
Miami, Florida 33131
Telephone: 305-428-5322
Facsimile: 877-644-6209
*Counsel for Defendant*
*Medallion Hotel Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2020, I filed the foregoing document with the Clerk of the Court using CM/ECF, and that a true and correct copy of the foregoing document was served this day on all counsel of record identified on the following Service List by electronic mail.

                                           *s/ Robin Taylor Symons*
                                           Robin Taylor Symons, Esq.

**Service List**
Bayardo E. Aleman, Esq.
Florida Bar No. 28791
bayardo@pba-law.com
J. Freddy Perera, Esq.
Florida Bar No. 93625
freddy@pba-law.com
Stepanka Hofmanova, Esq.
Florida Bar No. 1018839
stepanka@pba-law.com
**PERERA BARNHART ALEMAN**
12401 Orange Drive, Ste 123
Davie, Florida 33330
Telephone: 786-485-5232
*Counsel for Plaintiff*